STATE OF NEW JERSEY v. THELMA V. STASKIEL.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PRENTIS M. PRITCHETT.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. BIDDLE.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW QUIGLEY.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MCCLOSKEY.

March 24, 1987.

Petition for certification denied.